FILED - USDC -NH
2021 MAY 26 AM 11:50

Clerk of court

Hello my name is Crystal Hardy My docket No is 1:19CR00250-1 I'm currently in Strafford county Jail My sentencing is June 11th I was found guilty at the court on March 5 21 I plan on filing an appeal but I don't have my discovery and I would like a copy of my transcripts from the court. I have no way of paying for them or having someone getting them for me and sending them to me here we are only allowed legal mail from the courts and our lawyer. I prefer to have my discovery and the transcripts in paper form because its hard to leave the pod to view anything on a flash drive. If you could let me know how i go about getting my discovery and my transcripts in paper form I would greatly appreciate it Thank you

Crystal Hardy

5-21-21

Crystal Hardy
Strafford County Jail
266 County Farm Rd
Dover NH 03820

US District Court
Clerk of court
53 Pleasent St
Concord NH 03301